**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                       CASE NO.  3:94cr03146/RV

AMADOR BRAND-MIGUEL

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on  October 20, 2006
Motion/Pleadings:  MOTION to Dismiss Indictment without perjudice
Filed by  United States   on 10/20/2006   Doc.#  15
RESPONSES:

                                                on            Doc.#
                                                on            Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Jerry Marbut
LC (1 OR 2)                        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this*  **23rd**  *day of*  **October**  *, 2006, that:*

*(a) The relief requested is GRANTED.*
*(b)* The indictment is dismissed, without prejudice.

                                        /s/ *Roger Vinson*
                                               *ROGER VINSON*
                             *Senior United States District Judge*